# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**MELVIN WICKS,**                                                               **PETITIONER**

**V.**                                                                   **NO. 3:03CR56-P**

**UNITED STATES OF AMERICA,**                                      **RESPONDENT**

## ORDER

The government was ordered on February 27, 2006, to file a response within 30 days to petitioner's request to vacate, set aside, or correct his sentence. The court has received an oral motion for additional time to respond, in that time was needed to obtain transcripts and other documents. The motion appears to be well-taken and is **granted**. The response shall be filed no later than April 28, 2006.

**SO ORDERED** this the 14th day of March, 2006.

                                                                  /s/ W. Allen Pepper, Jr.
                                                                  W. ALLEN PEPPER, JR.
                                                                  UNITED STATES DISTRICT JUDGE