# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**MELVIN WICKS,**                                                **PETITIONER**

**V.**                             **NO. 3:03CR056-WAP**

**UNITED STATES OF AMERICA,**                       **RESPONDENT**

## ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

In accordance with the opinion issued this day, Petitioner's Motion to Vacate, Sentence Pursuant to 28 U.S.C. § 2255 is hereby DENIED, and the cause of action is DISMISSED with prejudice.

**IT IS SO ORDERED.**

THIS the 4th day of February, 2008.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE